UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:12-cv-536 |
| THE BON-TON DEPARTMENT STORES, INC. A Foreign Company | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of finalizing the settlement agreement. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: November 27, 2012

FOR THE PLAINTIFF                                FOR THE DEFENDANT

By: _/s/ Pete M. Monismith___                    By: _/s/ Michael S. Bogren_____

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com | Michael S. Bogren (P34835)<br>PLUNKETT COONEY<br>950 Trade Centre Way, Suite 310<br>Kalamazoo, Michigan 49002<br>Email: mbogren@plunkettcooney.com |

1