UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT, Individually,

       Plaintiff,

v.

THE BON-TON DEPARTMENT STORES, INC.
A Foreign Company

       Defendant.
_____/

Case No. 1:12-cv-536

**ORDER**

This cause is before the Court on the parties Notice of Settlement, which advises the Court that this matter has been resolved. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **December 27, 2012** to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed appropriate documents or a request for additional time by the **December 27, 2012** deadline, this case will automatically be deemed to be dismissed with prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

November __28__ 2012

                                                     `/s/ Gordon J. Quist`
                                                    Judge Gordon J. Quist