UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

GUADALUPE BETANCOURT, Individually,

    Plaintiff,

v.

THE BON-TON DEPARTMENT
STORES, INC., a
Foreign Company.

    Defendant.
_____/

Case No. 1:12-cv-536

Hon. Gordon J. Quist

| | |
|---|---|
| Pete M. Monismith (PA-84746) | Michael S. Bogren (P34835) |
| Attorney for Plaintiff | PLUNKETT COONEY |
| 3945 Forbes Ave., #175 | Attorney for Defendant |
| Pittsburgh, PA  15213 | 950 Trade Centre Way, Suite 310 |
| Ph:  724-610-1881 | Kalamazoo, Michigan  49002 |
| Fax:  412-258-1309 | Ph:  269-226-8822 |
| Email:  Pete@monismithlaw.com | Fax:  269-382-2506 |
| | Email:  mbogren@plunkettcooney.com |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel hereto, that the above-captioned matter be dismissed, with prejudice and without costs, interest or attorney fees to any party, except as specifically provided in the Consent Judgment executed by the parties.

DATED:  December 27, 2012      BY: /s/ Pete M. Monismith
                                                     Pete M. Monismith (PA-84746)
                                                     Attorney for Plaintiff

DATED:  December 27, 2012      PLUNKETT COONEY

                                            BY: /s/ Michael S. Bogren
                                                   Michael S. Bogren (P34835)
                                                   Attorney for Defendant

# **ORDER**

At a session of said Court, held in the United States District Court for the Western District of Michigan, Southern Division, on this __28th__ day of __December__, 2012.

PRESENT:   HON. GORDON J. QUIST, U.S. District Judge

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter may be, and the same hereby is, dismissed, with prejudice and without costs, interest or attorney fees to any party, except as specifically provided in the Consent Judgment executed by the parties.

>   __/s/ Gordon J. Quist__
>   Hon. Gordon J. Quist
>   U.S. District Judge